IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.

| | |
|---|---|
| JUAN PASTRAN, | : |
| Plaintiff, | : |
| v. | : |
| PUBLIX SUPER MARKETS, INC., d/b/a PUBLIX | : |
| Defendant. | : |

## **DEFENDANT'S NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1331, 1343, 1441 and 1446, Defendant, Publix Super Markets, Inc., d/b/a Publix ("Publix"), hereby gives notice of removal of the case styled *Juan Pastran v. Publix Super Markets, Inc. d/b/a Publix*, Case No. 2016-030278-CA-32 currently pending in the Circuit Court for the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, to the United States District Court for the Southern District of Florida, Miami Division. As grounds for removal, Publix states:

1. Publix is the sole defendant in the civil action filed in the Circuit Court, Eleventh Judicial Circuit, in and for Miami-Dade County, Florida, Case No. 2016-030278-CA-32, on or about November 23, 2016, styled *Juan Pastran v. Publix Super Markets, Inc. d/b/a Publix* (the "State Court Action").

2. Plaintiff served Publix with the Summons and Complaint in the State Court Action on January 13, 2017.

3. This removal petition is therefore timely as it is filed within thirty (30) days of Publix's receipt of the Summons and Complaint. *See* 28 U.S.C. § 1446(b).

4. The Complaint alleges, *inter alia*, violations of Title VII of the Civil Rights Act of 1964.

5. This action is properly removable to federal court because Plaintiff is asserting claims under such federal statutes as enumerated in the preceding paragraph. As such, this Court has original jurisdiction over this civil action pursuant to 28 U.S.C. § 1331 and § 1343.

6. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served on Publix are attached hereto as composite *Exhibit A*.

7. Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this Notice will be served on Plaintiff, the only adverse party, and a copy of this Notice will also be filed concurrently with the Clerk of the Circuit Court, Eleventh Judicial Circuit, Miami-Dade County, Florida. A copy of the notice of filing with the Circuit Court is attached hereto as *Exhibit B*.

8. The events alleged by Plaintiff in his Complaint allegedly occurred in Miami-Dade County, Florida. Thus, venue properly lies in the United States District Court for the Southern District of Florida, Miami Division.

WHEREFORE, Defendant, Publix Super Markets, Inc., d/b/a Publix, removes this action from the Circuit Court for the Eleventh Judicial Circuit in and for Miami-Dade County, Florida to this Court.

    Respectfully submitted,

    FORD & HARRISON LLP

By: /s/Reynaldo Velazquez
Reynaldo Velazquez
Florida Bar No. 0069779
rvelazquez@fordharrison.com
100 S.E. 2nd Street, Suite 2150
Miami, FL  33131
Telephone (305) 808-2100
Facsimile (305) 808-2101

Loren J. Beer<br>
Florida Bar No. 72454<br>
lbeer@fordharrison.com<br>
271 17th Street NW, Suite 1900<br>
Atlanta, GA  30363<br>
Telephone:  (404) 888-3800<br>
Facsimile:  (404) 888-3863<br>
Attorneys for Defendant

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of February 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via Electronic Mail.

s/ Reynaldo Velazquez<br>
Attorney for Defendant

### SERVICE LIST

Sina Negahbani, Esq.
Law Offices of Sina Negahbani
P. O. Box 566055
Miami, FL  33256
Telephone: 305-595-9078
Facsimile:  305-595-9079
negahbani@yahoo.com

WSACTIVELLP:8873877.1

3